FILED

2003 DEC 30 P 1: 

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| KELIS CORPORATION d/b/a<br>HAZARDVILLA RESTAURANT,<br>JAMES KELIS AND DEBORAH KELIS :<br>Plaintiffs | CIVIL NO. 301CV1120 (CFD) |
| VS. | |
| LEXINGTON INSURANCE CO. : | December 29, 2003 |

### NOTICE OF EXPLANATION AND
### REQUEST FOR FOREBEARANCE FROM DISMISSAL

The undersigned counsel for the Plaintiffs in the above captioned matter requests this Court take notice of this explanation and request for forbearance of dismissal in connection with the above referenced matter as a result of the Clerk's Notice to Counsel dated December 16, 2003 issued pursuant to Rule 11 of the Local Rules of Civil Procedure.

The Plaintiffs request this Court forebear from dismissal for a period of sixty (60) days for the following reasons:

1. This is an action brought by the Kelis Corporation and James and Deborah Kelis against the Lexington Insurance Company seeking insurance proceeds for a fire loss which substantially destroyed the Kelis' restaurant and property located therein.

2. After the commencement of this action, James Kelis was arrested and charged with the crime of arson in connection with said fire, and pursuant to a joint request by counsel for the Plaintiff and counsel for the Defendant, this Court granted a stay of this

action to enable the criminal proceedings to resolve prior to the adjudication of any claims in this case. The Motion to Stay was granted by this Court through March 31, 2003.

3. Within the past month, counsel for the Plaintiff was advised by Attorney Richard Cramer, who represented James Kelis individually in connection with the criminal prosecution, that James Kelis plead to a charge in connection with the fire and received probation without incarceration. The undersigned has requested, but has not yet received, the formal plea documents.

4. The plea by James Kelis substantially effects his rights in this action and as recently as two weeks ago, counsel for the Plaintiffs and counsel for the Defendant, Matthew Gordon, discussed the effects of the plea, the current status of this action, and the likelihood of a claim by Deborah Kelis under the innocent insured doctrine in connection with this action. Counsel also discussed a potential framework for resolution.

5. It is the intention of counsel for the Plaintiff to pursue claims on behalf of Deborah Kelis under the innocent spouse doctrine and to fully explore any framework for resolution with counsel for the Defendant.

6. It is also the intention of the undersigned, in the absence of a resolution of this matter, to actively pursue discovery, prosecute this case, and if necessary, have Deborah Kelis' claims of innocent spouse adjudicated.

7. Currently, counsel is communicating with Deborah Kelis but such communication has been made difficult as a result of her emotional state given her husband's

plea, and counsel anticipates formulating a settlement proposal pursuant to discussions with counsel for the Defendant immediately after the first of the year.

8. Counsel for the Plaintiff requests the Court forebear from dismissal for sixty (60) days from the date hereof to enable both parties to explore resolution, and if resolution is not reached, the Plaintiff will promptly move this matter forward toward a trial date. An affidavit of counsel in support hereof is attached hereto.

9. Counsel for the Defendant has been contacted, and he has no objection to the granting of this request for forbearance for sixty (60) days.

FOR ALL OF THE FOREGOING REASONS, the undersigned requests this Court accept this Notice of Explanation for the lack of activity in this case and grant a forbearance from dismissal for sixty (60) days from the date hereof for the reasons set forth herein.

THE PLAINTIFFS

BY_____
JON D. BILLER
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518
203-281-1717
Federal Bar No. CT03546

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a<br>HAZARDVILLA RESTAURANT,<br>JAMES KELIS AND DEBORAH KELIS<br>Plaintiffs | :<br>:<br>:<br>: | CIVIL NO. 301CV1120 (CFD) |
| VS. | :<br>:<br>: | |
| LEXINGTON INSURANCE CO. | : | December 29, 2003 |

### AFFIDAVIT OF COUNSEL

The undersigned, having been duly sworn, deposes and says:

1. I am over the age of eighteen years and believe in the obligation of an oath.

2. This affidavit is made in support of counsel's Notice of Explanation and Request for Forbearance from Dismissal dated December 29, 2003 and being filed herewith.

3. This action stems from a fire which occurred on October 17, 2000 to a restaurant known as the Hazardvilla Restaurant.

4. The Court previously granted a stay because James Kelis was arrested and charged with the crime of arson after the commencement of this lawsuit.

5. I recently received a call from Attorney Richard Cramer, who has advised that Mr. Kelis plead guilty in connection with the crime of arson and received probation without incarceration pursuant to a plea bargain.

6. I have reviewed the insurance policy and the applicable law and believe that Deborah Kelis as an innocent insured may be entitled to pursue her own claim against the Defendant, and as recently as two weeks ago, I spoke with Attorney Matthew Gordon, counsel for the Defendant, concerning Deborah Kelis' claims as an innocent insured.

7. Attorney Gordon and I discussed possible claims and defenses and also discussed a potential framework for a resolution of Deborah Kelis' claims which, if fruitful, would result in a resolution of this lawsuit.

8. I have been in contact with my client in an effort to explain the ramifications of her husband's guilty plea and the possible framework for resolution of this case, however, communication with her is difficult because of her emotional reaction to her husband's guilty plea.

9. It is anticipated that I will be meeting with Deborah Kelis shortly, and I will provide Attorney Gordon with a specific proposal for resolution of this action.

10. In the event this matter does not resolve and assuming I receive authorization from my client, it is my intention to pursue her claims as an innocent insured. I am requesting sixty (60) days for the Court to forebear from dismissing this case as I believe that is sufficient time for the parties to resolve the matter if possible. If the matter cannot be

resolved within sixty days, it would be my intention to immediately thereafter get the pleadings closed, the matter claimed to a jury and file a new proposed status report with the Court.

_____
JON D. BILLER

The foregoing Affidavit was subscribed and sworn to by Jon D. Biller before me this 29th day of December, 2003.

_____
Commissioner of the Superior Court
~~Notary Public~~
~~Commission Expires:~~

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a<br>HAZARDVILLA RESTAURANT,<br>JAMES KELIS AND DEBORAH KELIS<br>    Plaintiffs | : <br> : <br> : <br> : | CIVIL NO. 301CV1120 (CFD) |
| VS. | : <br> : | |
| LEXINGTON INSURANCE CO. | : | December 29, 2003 |

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent to all counsel and pro se parties of record on the above date including:

Matthew Gordon, Esq.
Skelley, Rottner, PC
P.O. Box 340890
Hartford, CT 06134-0890

_____
Jon D. Biller
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518
(203) 281-1717
Federal Bar No. ct03546