UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a | : | |
| HAZARDVILLA RESTAURANT, | : | |
| JAMES KELIS AND DEBORAH KELIS | : | CIVIL NO. 301CV1120 (CFD) |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| LEXINGTON INSURANCE CO. | : | December 29, 2003 |

## NOTICE OF EXPLANATION AND REQUEST FOR FOREBEARANCE FROM DISMISSAL

The undersigned counsel for the Plaintiffs in the above captioned matter requests this Court take notice of this explanation and request for forbearance of dismissal in connection with the above referenced matter as a result of the Clerk's Notice to Counsel dated December 16, 2003 issued pursuant to Rule 11 of the Local Rules of Civil Procedure.

The Plaintiffs request this Court forebear from dismissal for a period of sixty (60) days for the following reasons:

1. This is an action brought by the Kelis Corporation and James and Deborah Kelis against the Lexington Insurance Company seeking insurance proceeds for a fire loss which substantially destroyed the Kelis' restaurant and property located therein.

2. After the commencement of this action, James Kelis was arrested and charged with the crime of arson in connection with said fire, and pursuant to a joint request by counsel for the Plaintiff and counsel for the Defendant, this Court granted a stay of this