FILED

2004 FEB 20 P 1: 24

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELIS CORPORATION d/b/a<br>HAZARDVILLA RESTAURANT,<br>JAMES KELIS AND DEBORAH KELIS<br>Plaintiffs | CIVIL NO. 301CV1120 (CFD) |
| VS. | |
| LEXINGTON INSURANCE CO. | February 20, 2004 |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated January 30, 2004, the plaintiffs, Kelis Corporation d/b/a Hazardvilla Restaurant, James Kelis and Deborah Kelis, and the defendant, Lexington Insurance Company, hereby submit their joint status report.

A. <u>Nature of the Case</u>

    1. Briefly describe the nature of this matter, the parties, the relief requested, and any relationship this case may have to other pending motions.

The case involves a claim for insurance coverage for a fire that destroyed the plaintiffs' restaurant on October 17, 2000. The plaintiffs are claiming compensatory damages based on the defendant's alleged breach of contract as well as an equitable decree reforming the insurance policy to include the plaintiffs' mortgagee.

The only other related pending action was a criminal proceeding pending against Mr. Kelis in state court regarding the arson fire that destroyed the property on

October 17, 2000. Mr. Kelis recently plead under the Alfred Doctrine and Mrs. Kelis is pursuing claims as an alleged innocent insured.

2. Are there any motions pending? If so, list them.

The defendant filed a motion for leave to amend its answer on December 19, 2001. The plaintiff filed an objection to the motion for leave to amend its answer dated December 27, 2001 which objection was returned by the court indicating that the motion for leave to amend had not been filed. (See order of the court dated January 25, 2002 attached hereto.)

The parties have also filed motions to enlarge scheduling orders contemporaneously with this report.

3. Will this matter be tried to a jury or to the court? If it will be tried partially to each, explain.

The case will be tried partially to the court and partially to the jury. The jury will be called upon to decide the plaintiffs' breach of contract claim. The court will be called upon to decide the plaintiffs' claim for reformation of the insurance contract.

B. Discovery

1. Is discovery completed? If not, how much additional time is requested? Will there be a request for a modification of the Scheduling Order? What will be the request?

Discovery is not completed. The parties are requesting an additional seven (7) months, up to and including the end of September, 2004 to complete discovery. There will be a request for modification of the Scheduling Order. The request will seek an extension of the deadline for discovery as set forth above and an extension of the deadline to file dispositive motions to the end of July 30, 2004.

C. <u>Settlement</u>

1. When was the last settlement conference and who conducted it?

    No settlement conference has yet occurred.

2. Are there any outstanding reports due any party or the person conducting the settlement conference?

    No outstanding reports are due.

3. Do the parties believe a settlement conference would be beneficial at this time?

    The plaintiffs believe that a settlement conference would be beneficial at this time. The defendant agrees that a settlement conference would be beneficial.

D. <u>Trial Preparation</u>

1. When will the case be ready for trial?

    The case will be ready for trial in December 2004.

2. What additional preparation, other than that previously discussed, is required?

None.

3. Are there additional pleadings to be filed? If so, state their nature.

There are no other additional pleadings anticipated other than the pleadings discussed above.

4. Has a joint trial memorandum been filed? If not, when is it due?

A joint trial memorandum has not been filed. The joint trial memorandum is due sixty (60) days prior to the date set by the court for trial.

THE PLAINTIFFS

BY _____
JON D. BILLER
Biller, Sachs, Raio and Zito
2750 Whitney Avenue
Hamden, CT 06518
Federal Bar No. ct03546

THE DEFENDANT

BY _____
MATTHEW D. GORDON
Skelley Rottner P.C.
433 South Main St., #305
West Hartford, CT 06110
Federal Bar No. ct02355

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on February 20, 2004, to the following counsel of record:

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, Ct 06518

_____
Matthew D. Gordon