UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELIS CORPORATION d/b/a<br>HAZARDVILLA RESTAURANT,<br>JAMES KELIS AND DEBORAH KELIS<br>Plaintiffs | :<br>:<br>: CIVIL NO. 301CV1120 (CFD)<br>: |
| VS. | :<br>: |
| LEXINGTON INSURANCE CO. | : February 20, 2004 |

## MOTION FOR MODIFICATION OF SCHEDULING ORDER

The Parties respectfully move the Court to modify the scheduling order regarding this case in the manner set forth below.

Good cause exists for the modification of the scheduling order because despite the diligence of the parties and counsel, it was not reasonably foreseeable that criminal proceedings would be initiated against the Plaintiff, James Kelis which proceedings resolved by way of a plea under the Alfred Doctrine within the past few months. Because the criminal proceedings have just recently resolved against one of the plaintiffs and because the parties requested and received stays of this action pending the outcome of the criminal proceedings, the original schedule and the modified schedule cannot reasonably be met. Accordingly, the parties request the scheduling order be modified, for good cause, as follows:

1. All depositions, including the deposition of expert witnesses, shall be completed by September 30, 2004.

*GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 2/27/04*