# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELIS CORPORATION d/b/a : | |
| HAZARDVILLA RESTAURANT, : | |
| JAMES KELIS and DEBORAH KELIS : | |
|     Plaintiffs : | |
| : | |
| v. : | Civil Action No. 3:01CV1120 (CFD) |
| : | |
| LEXINGTON INSURANCE CO. : | |
|     Defendant. : | |

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_ A recommended ruling on the following motions which are currently pending:  (orefm.)

\_\_\_\_ A ruling on the following motions which are currently pending:  (orefm.)

_X_ A settlement conference (orefmisc./cnf)

\_\_\_\_ A conference to discuss and approve the following:  (orefmisc./cnf)

\_\_\_\_ Other:  (orefmisc./misc) _____

SO ORDERED this _9th_ day of March 2004, at Hartford, Connecticut.

                                                                         /s/ CFD_____
                                                                         Christopher F. Droney
                                                                         United States District Judge