UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a | : | |
| HAZARDVILLA RESTAURANT, | : | |
| JAMES KELIS AND DEBORAH KELIS | : | CIVIL NO. 301CV1120 (CFD) |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| LEXINGTON INSURANCE CO. | : | July 20 2004 |

**MOTION FOR MODIFICATION OF SCHEDULING ORDER**

The Parties respectfully move the Court to modify the scheduling order regarding this case in the manner set forth below.

Good cause exists for the modification of the scheduling order despite the diligence of the parties and counsel for the reasons set forth below:

1. There is a non-party witness whose deposition must be taken in connection with the underlying facts of this case. The non-party witness has just recently been located and efforts are being made to schedule his deposition at this time.

2. The deposition of the Plaintiff, Deborah Kelis, must be taken as well. Mrs. Kelis is currently working and because of her work schedule, her deposition must be taken at the end of the day. The parties are currently trying to schedule her deposition as well.

3. In addition, the Plaintiffs are required to amend the allegations of their complaint in light of the Plaintiff, James Kelis' plea to the criminal charges resolved earlier this year.

Accordingly, the parties request the scheduling order be modified, for good cause, as follows:

1. All depositions, including the deposition of expert witnesses, shall be completed by October 30, 2004.

2. All written discovery shall be completed by October 30, 2004

3. All dispositive motions will be filed by December 30, 2004

4. The case will be ready for trial in March, 2005.

THE PLAINTIFFS

BY _____
JON D. BILLER
Biller, Sachs, Raio and Zito
2750 Whitney Avenue
Hamden, CT 06518
Federal Bar No. ct03546


THE DEFENDANT

BY _____
MATTHEW D. GORDON
Skelley Rottner P.C.
433 South Main St., #305
West Hartford, CT 06110
Federal Bar No. ct02355

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the above date, to the following counsel of record:

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, Ct 06518

_____
Matthew D. Gordon