UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELIS CORPORATION d/b/a :<br>HAZARDVILLA RESTAURANT, :<br>JAMES KELIS AND DEBORAH KELIS :<br>    Plaintiffs :<br>:<br>VS. :<br>:<br>LEXINGTON INSURANCE CO. : | CIVIL NO. 301CV1120 (CFD)<br><br><br><br><br><br>NOVEMBER 17, 2004 |

## APPEARANCE

Please enter the appearance of Steven B. Ryan for the defendant, LEXINGTON INSURANCE COMPANY, in the above-entitled action.

DATED this 16th day of November, 2004.

                            Respectfully submitted,

                            DEFENDANT, LEXINGTON
                            INSURANCE COMPANY


                            By_____\S_____
                               Steven B. Ryan
                               Skelley Rottner P.C.
                               433 South Main St., #305
                               West Hartford, CT 06110
                               Federal Bar No. ct 22570

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, on November 17, 2004 to the following counsel of record:

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, Ct  06518

                                                          \S\
                                                 Steven B. Ryan

SR/226489