UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KELIS CORPORATION d/b/a  :
HAZARDVILLA RESTAURANT, :
JAMES KELIS AND DEBORAH KELIS : CIVIL NO. 301CV1120 (CFD)
    Plaintiffs :
 :
VS. :
 :
LEXINGTON INSURANCE CO. : DECEMBER 1, 2004

## JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

The undersigned parties hereby respectfully move the Court to modify the scheduling order regarding this case in the manner set forth below.

Good cause exists for the modification of the scheduling order because despite their diligence and conflicting schedules, both parties were unable to conclude all discovery including the depositions of fact and expert witnesses prior to the October 30, 2004 discovery deadline. Secondly, Attorney Matthew D. Gordon, who was primarily responsible for the defense of this matter, left the undersigned defense law firm on October 29, 2004, one day prior to the October 30, 2004 deadline for discovery. Before the undersigned defense counsel was assigned and had an opportunity to expeditiously examine the file and be "brought up to speed", the October 30, 2004 discovery deadline had already passed. Furthermore, the undersigned defendant has

RECEIVED
DEC 1 0 2004
SKELLEY ROTTNER P.C.

disclosed its expert witnesses and the plaintiffs require additional time in which to depose those experts and obtain rebuttal experts, if necessary.

Both parties were diligent in attempting to conclude all pertinent discovery, however, the prior schedule cannot reasonable be met. Accordingly, the undersigned counsel requests that the scheduling order be modified, for good cause, as follows:

1. All discovery, including the depositions of expert witnesses will be completed by March 30, 2005.

2. All written discovery will be completed by January 30, 2005.

3. All dispositive motions will be filed by May 30, 2005.

The case will be ready for trial in June, 2005.

THE PLAINTIFFS

BY _____
JON D. BILLER
Biller, Sachs, Raio and Bonadies
2750 Whitney Avenue
Hamden, CT 06518
Federal Bar No. ct03546

THE DEFENDANT

By _____
STEVEN B. RYAN
Skelley Rottner P.C.
433 South Main St., #305
West Hartford, CT 06110
Federal Bar No. ct22570

SR226785