UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a, et al | : | CIVIL NO. 301CV1120 (CFD) |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| LEXINGTON INSURANCE CO. | : | December 29, 2004 |
| Defendant | | |

## REQUEST FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15, the Plaintiffs , Kelis Corporation d/b/a Hazardvilla Restaurant, James Kelis and Deborah Kelis request leave to amend their complaint as per the attached Proposed Amended Complaint in the following manner and for the following reasons:

1. Subsequent to the initiation of this action, James Kelis pled to the crime of arson under the Alford Doctrine in regard to the fire and property which are the subject of this lawsuit.

2. Pursuant to a prior agreement between counsel, the Plaintiffs have agreed to remove James Kelis as a Plaintiff in this matter and delete those allegations of the complaint which seek extra-contractual damages, specifically, the Third Count alleging bad faith, the Fourth Count alleging unfair insurance practices, the Fifth Count alleging emotional distress and those portions of the Wherefore clause seeking extra contractual damages. Accordingly, the attached Amended Complaint removes said counts and removes James Kelis from said action.

3.  In addition, the Plaintiffs currently allege negligence in connection with the preparation of the insurance policy and seek reformation of the insurance policy.  The Plaintiffs request leave to amend these counts by alleging additional negligence and seeking additional reformation of the same insurance policy in connection with the same fire which is the subject of this lawsuit.

WHEREFORE, the Plaintiffs request leave to amend their complaint as per the attached proposed amended complaint.

                          THE PLAINTIFFS

                          BY_____
                              JON D. BILLER
                              Biller, Sachs, Raio and Zito
                              2750 Whitney Avenue
                              Hamden, CT 06518
                              Federal Bar No.  ct03546

## CERTIFICATION

    I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the above date, to the following counsel of record:

Skelley Rottner P.C.
433 South Main St., #305
West Hartford, CT 06110

                                                          _____
                                                          JON D. BILLER