

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELIS CORPORATION d/b/a : <br> HAZARDVILLA RESTAURANT, : <br> JAMES KELIS AND DEBORAH KELIS : <br>      Plaintiffs : <br>  : <br> VS. : <br>  : <br> LEXINGTON INSURANCE CO. : | CIVIL NO. 301CV1120 (CFD) <br><br><br><br><br><br> December 28, 2004 |

### RE-NOTICE OF DEPOSITION

TO:   Lexington Insurance Co.

THIS IS TO GIVE NOTICE, that the Plaintiffs will take the deposition of the LEXINGTON INSURANCE CO. beginning at 10:00 a.m. on Friday, February 4, 2005 at the offices of Biller, Sachs, Raio & Zito, 2750 Whitney Ave., Hamden, Connecticut. The deposition will be taken before Morgillo and Flynn or other competent authority and will be recorded by stenographic means.

Please take notice that this deposition will concern the following issues:

1. The insurance policy issued to James and Deborah Kelis and/or Kelis Corporation.

2. The reason and basis of your denial of the fire claim brought by James and Deborah Kelis and Kelis Corporation.

3. Any and all facts and evidence in support of your decision to deny the Plaintiffs' claim.



DEC 3 0 2004

SKELLEY ROTTNER P.C.

4. The insurance company's investigation of the fire loss which occurred on October 17, 2000 at the Hazardvilla Restaurant.

5. The policy provisions in effect on the date of the loss and applicable to the Plaintiffs' loss.

6. The extent and amount of loss.

7. The underwriting of the subject policy.

Pursuant to Federal Rules of Civil Procedure, you are hereby requested to designate the names of those officers, directors, managing agents or other persons who consent to testify on behalf of the Defendant and the matters on which each person will testify.

You are further requested to produce at the time of said deposition all documentation described on Schedule A attached hereto.

The deposition will continue from day-to-day until concluded.

Dated at Hamden, Connecticut, this 27th day of December, 2004.

THE PLAINTIFF

BY_____
JON D. BILLER
Biller, Sachs, Raio & Zito
2750 Whitney Avenue
Hamden, CT 06518
(203) 281-1717
Fed Bar No. CT 03546

## **CERTIFICATION**

 I hereby certify that a copy of the foregoing was sent by certified mail to all counsel and pro se parties of record on the above date including:

Skelley, Rottner, PC
P.O. Box 340890
Hartford, CT 06134-0890

Morgillo & Flynn
P.O. Box 61
North Haven, CT 06473



JON D. BILLER

## SCHEDULE A

Please produce the following original documentation:

    1.    Your complete and entire file maintained in your home, regional or other offices pertaining to the insurance policy or policies issued to the Hazardvilla Restaurant and/or James and Deborah Kelis and/or Kelis Corporation and insuring premises known as the Hazardvilla Restaurant.

    2.    Your complete and entire underwriting file pertaining to an insurance policy or policies issued to James and Deborah Kelis and/or Kelis Corporation insuring premises known as the Hazardvilla Restaurant.

    3.    Your complete and entire file, whether maintained in your home, regional or other offices pertaining to a fire which occurred at the Hazardvilla Restaurant which fire occurred on or about October 17, 2000.

    4.    Your complete and entire investigatory files pertaining to the fire which occurred at the Hazardvilla Restaurant which fire occurred on or about October 17, 2000.

    5.    Your complete and entire adjusting files pertaining to the fire which occurred at the Hazardvilla Restaurant which fire occurred on or about October 17, 2000.

    6.    Your complete and entire supervisors and/or managers files pertaining to the fire which occurred at the Hazardvilla Restaurant which fire occurred on or about October 17, 2000.

    7.    Any and all investigatory reports, photographs, videotapes, or any other tangible evidence in connection with a fire which occurred at the Hazardvilla Restaurant on or about October 17, 2000.

    8.    Any and all correspondence from Lexington Insurance Company to James and Deborah Kelis and/or Kelis Corporation.

    9.    Any and all correspondence between Lexington Insurance Company and any third parties, other than correspondence between Lexington and its attorney, concerning Janes and Deborah Kelis and/or Kelis Corporation and/or a fire which occurred at the Hazardvilla Restaurant on or about October 17, 2000.

10. Any and all documentation, correspondence or any other file information concerning a fire which occurred at the Hazardvilla Restaurant other than attorney correspondence after the date of your denial of this claim.

11. Your complete and entire claims manual in effect on the date of the loss which is the subject of this action.