**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **KELIS CORPORATION d/b/a** | : | **CIVIL NO. 301CV1120 (CFD)** |
| **Plaintiffs** | : | |
| | : | |
| **VS.** | : | |
| | : | |
| **LEXINGTON INSURANCE CO.** | : | **January 28, 2005** |
| **Defendant** | | |

<u>**OBJECTION TO REQUEST FOR LEAVE TO FILE THIRD PARTY COMPLAINT**</u>

The Plaintiffs hereby object to the Defendant's Request for Leave to File Third Party

Complaint for the following reasons:

1.      The Defendant is seeking to implead its own insured, specifically the Plaintiff,

Deborah Kelis's husband, James Kelis to recover back from him any proceeds that might be

paid to his wife as a consequence of this action.

2.      The Defendant denied this claim as far back as June 25, 2001 and at that time

alleged James Kelis intentionally set the property on fire.

3.      Moreover, subsequent to the Defendant's denial of the Plaintiffs' insurance

claim, Mr. Kelis was arrested and then pled to arson under the Alford Doctrine in October of

2003.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

4.      The Defendant also has already responded to the complaint in this case and its amended answer and affirmative defenses date back to December of 2001 and contain affirmative defenses claiming intentional acts on the part of Mr. Kelis.  No counterclaim was ever filed and the Defendant's efforts to bring Mr. Kelis into this case at this time by way of a third party complaint is inappropriate and should be denied.

5.      The Defendants request to file a third party action against Mr. Kelis now, in January of 2005 almost over three years after the Defendant denied the claim and over a year after Mr. Kelis pled, is untimely, is prejudicial and leave should be denied.

THE PLAINTIFFS

BY_____
        JON D. BILLER
        Biller, Sachs, Raio & Zito
        2750 Whitney Avenue
        Hamden, CT  06518
        203.281.1717
        Federal Bar No. CT03546