UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **KELIS CORPORATION d/b/a** | : | CIVIL NO. 301CV1120 (CFD) |
| **Plaintiffs** | : | |
| | : | |
| **VS.** | : | |
| | : | |
| **LEXINGTON INSURANCE CO.** | : | January 28, 2005 |
| **Defendant** | | |

PLAINTIFF'S PARTIAL WITHDRAWAL OF
REQUEST FOR LEAVE TO AMEND COMPLAINT

The Plaintiffs hereby request permission to withdraw that portion of their Request for Leave to Amend Complaint dated December 29, 2004 which sought to remove James Kelis as a Plaintiff in this action.

All other aspects of the Plaintiff's Request for Leave to Amend Complaint, other than the removal of James Kelis from the action, should remain part of Plaintiff's request for leave to amend. A corrected, amended complaint including James Kelis as a party and incorporating all requested amendments is attached hereto.

THE PLAINTIFFS

BY_____
JON D. BILLER
Biller, Sachs, Raio & Zito
2750 Whitney Avenue
Hamden, CT 06518
203.281.1717
Federal Bar No. CT03546

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a, et al | : | CIVIL NO. 301CV1120 (CFD) |
|     Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| LEXINGTON INSURANCE CO. | : | January 28, 2005 |
|     Defendant | | |

**AMENDED COMPLAINT**

I.   JURISDICTION

This is a civil action brought by the Plaintiffs, Kelis Corporation doing business as Hazardvilla Restaurant, James Kelis and Deborah Kelis , against the Defendant, Lexington Insurance Company.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. Section 1332 in that the Plaintiff, Kelis Corporation is a corporation doing business as Hazardvilla Restaurant located at 276 North Maple Street in Enfield, Connecticut, and the Plaintiffs, James and Deborah Kelis is a resident of the State of Connecticut, and the Defendant, Lexington Insurance Company is a corporation incorporated under the laws of the State of Michigan with its principal place of business in Massachusetts, and the amount in controversy is greater than Seventy Five Thousand ($75,000.00) Dollars.

II.     PARTIES

    1.      The Plaintiff, Kelis Corporation (hereinafter "KELIS CORP.") is a Connecticut corporation doing business as Hazardvilla Restaurant located at 276 North Maple Street in Enfield, Connecticut.

    2.      The Plaintiffs, James and Deborah Kelis (hereinafter "KELIS ") are residents of the State of Connecticut, are the owners of real estate located at 276 North Maple Street in Enfield, Connecticut and are officers, principals and owners of Kelis Corp.

    3.      The Defendant, Lexington Insurance Company (hereinafter "LEXINGTON") is an insurance company incorporated in the State of Michigan and authorized to conduct business in the State of Connecticut.

III.    STATEMENT OF FACTS

FIRST COUNT:

    4.      Prior to February 22, 2000, the Defendant issued to the Plaintiffs a policy of insurance insuring the Plaintiff's restaurant, known as the Hazardvilla Restaurant, located in Enfield, Connecticut and bearing policy number 853-5487.

    5.      The policy was renewed yearly and most recently was renewed on February 22, 2000 with policy number 401-3279.

6. On or about October 17, 2000, when said policy was in full force and effect, the Plaintiffs' restaurant suffered a fire loss to the building and the property located therein, and thereafter, the Plaintiffs notified the Defendant of the loss.

7. The Plaintiffs have paid all premiums due under the policy and has performed all obligations under the policy required by the Defendant to be performed.  Despite due demand, the Defendant has failed and refused to pay the Plaintiffs for their loss and damages.

SECOND COUNT:

8 - 11. Paragraphs 4 through 7 of the First Count are hereby incorporated and realleged as paragraphs 8 through 11 of the Second Count.

12. The Plaintiffs have also made a claim to the Defendant for loss and damage to business personal property, and the Defendant has not paid said loss in accordance with the terms and conditions of the policy, and therefore has breached its contract with the Plaintiffs.

THIRD COUNT:  (formerly the Sixth Count)

1 - 12.  Paragraphs 1 through 12 of the Second Count are hereby repeated and realleged as Paragraphs 1 through 12 of the Third Count

13. At the time the Defendant issued or renewed the policy, it was negligent in failing to include the Plaintiffs' bank as mortgage holder on the policy, failing to provide the

Plaintiffs with loss of income insurance and failing to name James and Deborah Kelis individually as named insureds.

14. The Defendant's negligence included failing to properly obtain complete information from the Plaintiffs and their agents, failing to review prior policies and other information and failing to have the Plaintiffs review the policies for completeness and accuracy.

15. As a result of the Defendant's negligence, the Plaintiffs have been damaged.

FOURTH COUNT: (Formerly the Seventh Count)

1 – 15. Paragraphs 1 through 15 of the Third Count are hereby incorporated and made paragraphs 1 through 15 of the Fourth.

16. At the time of issuance or renewal of the policy, the Defendant knew or should have known that the Plaintiffs' bank was to be listed, loss of income insurance provided and James and Deborah Kelis named individually as insureds.

17. The failure of the Defendant to have provided such coverage frustrates the reasonable and equitable expectations of the Plaintiffs and unjustly enriches the Defendant entitling the Plaintiffs to an equitable decree reforming the policy to include the bank, loss of income coverage and James and Deborah Kelis individually as named insureds.

IV.    RELIEF REQUESTED

**WHEREFORE**, the Plaintiffs claim:

1. Compensatory damages;

2. An equitable decree reforming the insurance policy to include the name of the bank and loss of income insurance;

3. An equitable decree reforming the insurance policy to include the names of James and Deborah Kelis individually; and

4. Such other and further relief as may be deemed fair, just and equitable.

**PLAINTIFFS DEMAND A TRIAL BY JURY**

                        **THE PLAINTIFFS**

**BY**_____
      **JON D. BILLER**
      Biller, Sachs, Raio & Zito
      2750 Whitney Avenue
      Hamden, CT 06518
      (203) 281-1717
      Juris No. ct 03546