UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KELIS CORPORATION d/b/a HAZARDVILLA
RESTAURANT, JAMES KELIS and
DEBORAH KELIS
        Plaintiffs        :        CIVIL ACTION
                                                                   NO.: 301CV1120 CFD
        v.        :

LEXINGTON INSURANCE COMPANY    :
        Defendant/Third Party Plaintiff

## REPLY TO THE PLAINTIFFS' OBJECTION TO REQUEST FOR LEAVE TO FILE THIRD PARTY COMPLAINT DATED JANUARY 21, 2005

The undersigned defendant respectfully requests this court to overrule the plaintiffs' objection and to grant the undersigned defendant leave to file a third party complaint against James Kelis. The plaintiff has failed to identify any prejudice from the filing of a third party action against Mr. Kelis. Furthermore, there are no additional legal or factual issues and/or additional discovery that would delay or complicate the trial in the above-captioned matter and filing of the subject third party complaint would promote judicial efficiency.

Wherefore, the defendant respectfully requests this Court to grant the Motion for Leave to File a Third Party Complaint against James Kelis dated January 21, 2005.

          DEFENDANT, LEXINGTON INSURANCE COMPANY.

By_____/S/_____
   Steven B. Ryan
   Skelley Rottner P.C.
   Corporate Center West
   433 South Main Street.
   West Hartford, CT 06110
   860-561-7077
   Federal Bar No. ct22570

## **CERTIFICATION**

This is to certify that a copy hereof was mailed, postage prepaid, on February 4, 2005, to all pro se parties and counsel of record as follows:

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, Ct 06518

_____/S/_____
   Steven B. Ryan