**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **KELIS CORPORATION d/b/a** | : | **CIVIL NO. 301CV1120 (CFD)** |
| **Plaintiffs** | : | |
| | : | |
| **VS.** | : | |
| | : | |
| **LEXINGTON INSURANCE CO.** | : | February 8, 2005 |
| **Defendant** | | |

**OBJECTION TO MOTION FOR PROTECTIVE ORDER**

The Plaintiffs hereby object to the Defendant's Motion for Protective Order dated January 20, 2005 for the following reasons:

1. The Defendant has not provided any certification that it attempted in good faith to resolve any outstanding discovery disputes without court action as required by Rule 26(c).

2. The Plaintiffs have attempted to resolve the disputes and have agreed not to request the production of the documents which are the subject of the protective order, however as of the date of this objection the Plaintiff's willingness to forebear from requesting the documents which are the subject of the protective order has not been made known to the court.

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

3.	The Plaintiffs do object to that portion of the protective order which seeks to limit the scope of permissible questioning during the upcoming depositions for the reason that Defendant's protective order is vague and unclear as to what it is attempting to have the court limit by way of deposition questioning.  The Defendant should be required to specify what areas of inquiry it is seeking to preclude and as phrased, its motion for protective order is vague and unclear and should not be granted.

        THE PLAINTIFFS

      BY_____
        JON D. BILLER
        Biller, Sachs, Raio & Zito
        2750 Whitney Avenue
        Hamden, CT  06518
        203.281.1717
        Federal Bar No. CT03546

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a | : | |
| HAZARDVILLA RESTAURANT, | : | |
| JAMES KELIS AND DEBORAH KELIS | : | CIVIL NO. 301CV1120 (CFD) |
|     Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| LEXINGTON INSURANCE CO. | : | February 8, 2005 |

## CERTIFICATION

    I hereby certify that a copy of the foregoing was sent to all counsel and pro se parties of record on the above date including:

Steven B. Ryan, Esq.
Skelley, Rottner, PC
P.O. Box 340890
Hartford, CT 06134-0890

 

_____
Jon D. Biller
Biller, Sachs, Raio & Zito
2750 Whitney Avenue
Hamden, CT 06518
(203) 281-1717
Federal Bar No. ct03546