UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KELIS CORPORATION d/b/a HAZARDVILLA
RESTAURANT, JAMES KELIS and
DEBORAH KELIS
        Plaintiffs                    :        CIVIL ACTION
                                                             NO.: 301CV1120 CFD
v.                                                        :

LEXINGTON INSURANCE COMPANY     :        FEBRUARY 15, 2005
        Defendant

**DENDANT'S SUPPLEMENT FOR MOTION FOR
PROTECTIVE ORDER DATED JANUARY 21, 2005**

       Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the defendant in the above-referenced matter seeks an additional order under its Motion Protective Order dated January 21, 2005 in that the undersigned defendant requests the court enter an order requiring the plaintiff to conduct the depositions of William Lamond, Claim Representative and Steve Silverman, Underwriter and employees of Lexington Insurance Company to be conducted at Lexington's principal place of business, located at 100 Summer Street, Boston, Massachusetts. In their re-notice of deposition of Lexington Insurance Company and their re-notice of deposition of William Lamond, dated January 24, 2005, the plaintiffs' have noticed those depositions to take place at the undersigned defendant's attorney's law firm, located on 433 South Main Street, West Hartford, Connecticut. The undersigned defendant's arguments and

support of the Supplement to the previously filed Motion for Protective Order dated January 21, 2005 or fully set forth in their Memorandum of Law attached hereto.

WHEREFORE, the defendant respectfully seeks an order requiring the plaintiffs to conduct the depositions of representative of Lexington Insurance Company including William Lamond and Steven Silverman at their principal place of business located at 100 Summer Street, Boston, Massachusetts.

DEFENDANT, LEXINGTON INSURANCE COMPANY.

BY _____/S/_____
    Steven B. Ryan
    Skelley Rottner P.C.
    P.O. Box 340890
    Hartford, CT  06134-0890
    (860) 561-7077
    Fed. Bar No. ct22570

## ORDER

The foregoing having been presented to this court, it is hereby ORDERED:

GRANTED / DENIED

                                      BY THE COURT

                                      _____
                                            Judge/Clerk

## CERTIFICATION

I hereby certify that a copy of the above was mailed via U.S. Mail, postage prepaid, on February 15, 2005, to the following counsel of record:

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, Ct  06518

_____/S/_____
Steven B. Ryan

SR229036