**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a | : | |
| HAZARDVILLA RESTAURANT, | : | |
| JAMES KELIS AND DEBORAH KELIS | : | CIVIL NO. 301CV1120 (CFD) |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| LEXINGTON INSURANCE CO. | : | FEBRUARY 28, 2005 |

**JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER**

The undersigned parties hereby respectfully move the Court to modify the scheduling order regarding this case in the manner set forth below.

Good cause exists for the modification of the scheduling order because despite their diligence and conflicting schedules, both parties are going to be unable to conclude all discovery including the depositions of fact and/or expert witnesses prior to the March 3, 2005 discovery deadline. Both parties are requesting an additional 60 days, specifically to complete depositions in this matter. The plaintiff had been unable to locate Michael Battaglino, a fact witness, to serve him with a subpoena for his deposition, but has recently located him and intends to move forward with his deposition. In addition, the undersigned plaintiff's counsel will be unavailable to participate and/or complete depositions from February 21, 2005 through February 28, 2005 as a

result of a pre-paid vacation. The plaintiffs anticipate concluding the depositions of fact witness, Robert Coleman, Michael Battaglino and Steven Silverman (from Lexington Insurance) within the next sixty (60) days. The defendant anticipates concluding the depositions of the plaintiffs, James Kelis and Deborah Kelis, and Matt Traskos, a fact witness within the next sixty (60) days. Both parties simply request and additional sixty (60) days to ensure the completion of the discovery in this matter.

Both parties were diligent in attempting to conclude all pertinent discovery, however, the prior schedule cannot reasonable be met. Accordingly, the undersigned counsel requests that the scheduling order be modified, for good cause, as follows:

1. All discovery, including the depositions of expert witnesses will be completed by April 15, 2005.
2. All dispositive motions will be filed by May 30, 2005, and replies to be filed by June 30, 2005.

The case will be ready for trial in September, 2005.

                    THE PLAINTIFFS


                    BY_____
                    JON D. BILLER
                    Biller, Sachs, Raio and Bonadies
                    2750 Whitney Avenue
                    Hamden, CT 06518
                    Federal Bar No. ct03546


                    THE DEFENDANT


                    By_____
                    STEVEN B. RYAN
                    Skelley Rottner P.C.
                    433 South Main St., #305
                    West Hartford, CT  06110
                    Federal Bar No.  ct22570


SR229092

Case 3:01-cv-01120-CFD    Document 50    Filed 03/02/2005    Page 4 of 4