UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a | : | |
| HAZARDVILLA RESTAURANT, | : | |
| JAMES KELIS AND DEBORAH KELIS | : | CIVIL NO. 301CV1120 (CFD) |
|     Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| LEXINGTON INSURANCE CO. | : | FEBRUARY 28, 2005 |

## STIPULATION

The undersigned parties hereby stipulate and agree to the following issues:

1. The defendant's Motion for Permission to File Third Party Complaint may be denied without prejudice.

2. The plaintiffs' extra contractual claims (claims of bad faith, violations of Connecticut Unfair Trade Practices Act and Connecticut Unfair Insurance Practices Act) and the plaintiff, James Kelis' emotional distress claim may be dismissed with prejudice.

3. The parties agree the defendant will file a counter claim against the plaintiff, James Kelis in lieu of a Third Party Complaint. The Plaintiff reserves the right to object to the filing of the counterclaim based upon timeliness, prejudice, etc.

THE PLAINTIFFS


BY_____
JON D. BILLER
Biller, Sachs, Raio and Bonadies
2750 Whitney Avenue
Hamden, CT 06518
Federal Bar No. ct03546



THE DEFENDANT


By_____
STEVEN B. RYAN
Skelley Rottner P.C.
433 South Main St., #305
West Hartford, CT 06110
Federal Bar No. ct22570


SR229196