UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a | : | |
| HAZARDVILLA RESTAURANT, | : | |
| JAMES KELIS AND DEBORAH KELIS | : | CIVIL NO. 301CV1120 (CFD) |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| LEXINGTON INSURANCE CO. | : | March 22, 2005 |
| Defendant | | |

## MOTION FOR PROTECTIVE ORDER

Pursuant to Rule 26 (c) of the Federal Rules of Civil Procedure, the plaintiffs in the above referenced matter seek a protective order limiting the scope of permissible inquiry by the defendant at the deposition of Attorney Richard Cramer currently noticed for March 23, 2005 at 3:00 p.m., at the office of Richard Cramer, for the following reasons:

1. Attorney Cramer previously represented the plaintiff James Kelis in a criminal proceeding and therefore communications between the plaintiff, James Kelis and Attorney Cramer are privileged.

2. While the plaintiff Jame Kelis may permit certain inquiry from his prior attorney, an issuance of this protective order is required to confirm the existence of attorney/client privilege and to avoid any claim of waiver by the defendant.

3. The plaintiffs and the defendant through their counsel have discussed a possible mechanism whereby Attorney Cramer's deposition may

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

proceed on a question by question basis with plaintiff James Kelis reserving the right to assert the privilege as to certain questions posed, and if such a mechanism were employed, the plaintiff James Kelis would request a court order that privilege applies unless the defendant seeks further adjudication from the court as to those questions to which the privilege may be asserted.

4. Attorney Attorney Jon Biller for the plaintiffs and Attorney Joel Rottner for the defendants have conferenced concerning this protective order.

5. A Memorandum of Law in support of this motion is attached hereto.

WHEREFORE, the plaintiffs respectfully request that a protective order be issued preventing an inquiry into attorney/client communications at the deposition of Attorney Richard Cramer and to the extent that the plaintiffs assert said privilege or permit questioning that they not be considered to have waived the right to assert the privilege as to other questions.

THE PLAINTIFFS

BY_____
JON D. BILLER
Biller, Sachs, Raio & Zito
2750 Whitney Avenue
Hamden, CT 06518
203-281-1717
Federal Bar No. CT03546

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a<br>HAZARDVILLA RESTAURANT,<br>JAMES KELIS AND DEBORAH KELIS<br>(CFD) | :<br>:<br>: | CIVIL NO. 301CV1120 |
|       Plaintiffs | :<br>: | |
| VS. | :<br>: | |
| LEXINGTON INSURANCE CO.<br>      Defendant | : | March 22, 2005 |

## CERTIFICATION

    I hereby certify that a copy of the foregoing was sent to all counsel and pro se parties of record on the above date including:

Steven B. Ryan, Esq.
Joel Rottner, Esq.
Skelley, Rottner, PC
P.O. Box 340890
Hartford, CT 06134-0890


                                                  Jon D. Biller
                                                  Biller, Sachs, Raio & Zito
                                                  2750 Whitney Avenue
                                                  Hamden, CT 06518
                                                  (203) 281-1717
                                                  Federal Bar No. ct03546