UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a | : | CIVIL NO. 301CV1120 (CFD) |
| | : | |
| VS. | : | |
| | : | |
| LEXINGTON INSURANCE CO. | : | April 6, 2005 |

## MOTION TO STRIKE

The Plaintiffs in the above referenced matter hereby move to strike the Defendant's Counterclaim dated March 24, 2005 for the following reasons:

1. The Defendant must request leave to file a counterclaim and cannot simply include a counterclaim in an amended answer and affirmative defenses pleading.

2. The time frame for the Defendant to respond to the Plaintiff's amended complaint has already passed.

3. A memorandum of law is attached hereto in support of this motion.

WHEREFORE, the Plaintiffs respectfully move that the Defendant's Counterclaim be stricken.

THE PLAINTIFFS

BY_____
    JON D. BILLER
    Biller, Sachs, Raio & Zito
    2750 Whitney Avenue
    Hamden, CT  06518
    203-281-1717
    Federal Bar No. CT03546