*SBR*
*NOTED*
*MD*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

KELIS CORPORATION d/b/a  :
HAZARDVILLA RESTAURANT,  :
JAMES KELIS AND DEBORAH KELIS :     CIVIL NO. 301CV1120 (CFD)
      Plaintiffs  :
     :
VS.  :
     :
LEXINGTON INSURANCE CO.  :     April 1, 2005

### RE-NOTICE OF DEPOSITION

    **TO:**   **Steven Silverman**
          **Lexington Insurance Co.**

THIS IS TO GIVE NOTICE, that the Plaintiffs will take the deposition of STEVEN

SILVERMAN of LEXINGTON INSURANCE CO. beginning at **11:00 a.m.** on **Friday,**

**April 15, 2005 at the administrative offices of Lexington Insurance Company located at**

**100 Summer Street, 18th Floor in Boston, Massachusetts.**

    Mr. Silverman is further requested to produce at the time of said deposition all

documentation described below:

    1.    Your complete and entire file maintained in your home, regional or other
offices pertaining to the insurance policy or policies issued to the Hazardvilla Restaurant
and/or James and Deborah Kelis and/or Kelis Corporation and insuring premises known as
the Hazardvilla Restaurant other than attorney-client correspondence.

    2.    Your complete and entire underwriting file pertaining to an insurance policy
or policies issued to James and Deborah Kelis and/or Kelis Corporation insuring premises
known as the Hazardvilla Restaurant.

*Biller, Sachs, Ratio & Zito · ATTORNEYS AT LAW*
*2750 Whitney Avenue, Hamden, Connecticut 06518 · Telephone: (203) 281-1717 · Facsimile (203) 281-7887 Juris No. 409077*



APR 1 5 2005

SKELLEY ROTTNER P.C.

3.      Any and all correspondence between Lexington Insurance Company and any third parties, other than correspondence between Lexington and its attorney, concerning James and Deborah Kelis and/or Kelis Corporation and/or a fire which occurred at the Hazardvilla Restaurant on or about October 17, 2000.

4.      Any and all insurance applications including all other documents submitted in connection with said applications concerning James and Deborah Kelis and/or Kelis Corporation.

5.      The original insurance policy and any and all endorsements thereon pertaining to James and Deborah Kelis and/or Kelis Corporation.

The deposition will be taken before Catuogno Court Reporting Service or other

competent authority and will be recorded by stenographic means and will continue from day-

to-day until concluded.

Dated at Hamden, Connecticut, this 1st day of April, 2005.

THE PLAINTIFF

BY _____

JON D. BILLER
Biller, Sachs, Raio & Zito
2750 Whitney Avenue
Hamden, CT  06518
(203) 281-1717
Fed Bar No. CT 03546

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by certified mail to all counsel and pro se parties of record on the above date including:

*Biller, Sachs, Raio & Zito · ATTORNEYS AT LAW*
*2750 Whitney Avenue, Hamden, Connecticut 06518 · Telephone: (203) 281-1717 · Facsimile: (203) 281-7887 Juris No. 409077*

Skelley, Rottner, PC
P.O. Box 340890
Hartford, CT 06134-0890

Catuogno Reporting Service
Via Facsimile (877) 747-4260



JON D. BILLER

*Biller, Sachs, Ratio & Zito* • ATTORNEYS AT LAW
2750 Whitney Avenue, Hamden, Connecticut 06518 · Telephone: (203) 281-1717 · Facsimile (203) 281-7887 Juris No. 409077