

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a | : | |
| HAZARDVILLA RESTAURANT, | : | |
| JAMES KELIS AND DEBORAH KELIS | : | CIVIL NO. 301CV1120 (CFD) |
| Plaintiffs | : | |
| | : | |
| VS. | : | |
| | : | |
| LEXINGTON INSURANCE CO. | : | April 1, 2005 |

### RE-NOTICE OF DEPOSITION

TO:   William F. Lamond, Jr.
      Property Claims Examiner
      Lexington Insurance Co.

THIS IS TO GIVE NOTICE, that the Plaintiffs will take the deposition of **WILLIAM F. LAMOND, JR.**, Property Claims Examiner for LEXINGTON INSURANCE CO. beginning at **1:00 p.m.** on **Friday, April 15, 2005** at the **administrative offices of Lexington Insurance Company located at 100 Summer Street, 18th Floor in Boston, Massachusetts**. The deposition will be taken before Catuogno Court Reporting Service or other competent authority and will be recorded by stenographic means.

You are requested to produce at the time of said deposition all documentation described on Schedule A attached hereto.

The deposition will continue from day-to-day until concluded.

APR 0 5 2005

SKELLEY ROTTNER P.C.

*Biller, Sachs, Ratio & Zito* • ATTORNEYS AT LAW
2750 Whitney Avenue, Hamden, Connecticut 06518 • Telephone: (203) 281-1717 • Facsimile: (203) 281-7887 Juris No. 409077

Dated at Hamden, Connecticut, this 1st day of April, 2005.

THE PLAINTIFF

BY_____
JON D. BILLER
Biller, Sachs, Raio & Zito
2750 Whitney Avenue
Hamden, CT 06518
(203) 281-1717
Fed Bar No. CT 03546

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by certified mail to all counsel and pro se parties of record on the above date including:

Skelley, Rottner, PC
P.O. Box 340890
Hartford, CT 06134-0890

Catuogno Reporting Service
Via Facsimile (877) 747-4260

_____
JON D. BILLER

## **SCHEDULE A**

Please produce the following original documentation:

     1.    Your complete and entire file maintained in your home, regional or other offices pertaining to the insurance policy issued to the Hazardvilla Restaurant and/or James and Deborah Kelis and/or Kelis Corporation and insuring premises known as the Hazardvilla Restaurant, other than correspondence between you and your attorney.

     2.    Any and all investigatory reports, photographs, videotapes, or any other tangible evidence in connection with a fire which occurred at the Hazardvilla Restaurant on or about October 17, 2000.

     3.    Any and all correspondence from Lexington Insurance Company to James and Deborah Kelis and/or Kelis Corporation.

     4.    Any and all correspondence between Lexington Insurance Company and any third parties, other than correspondence between Lexington and its attorney, concerning a fire which occurred at the Hazardvilla Restaurant on or about October 17, 2000.

     5.    Any and all documentation, correspondence or any other file information concerning a fire which occurred at the Hazardvilla Restaurant other than attorney correspondence.

     6.    Any and all loss estimates pertaining to the fire which occurred at the Hazardvilla Restaurant on or about October 17, 2000 or any inventories or damage calculations made by you or any of your representatives

     7.    Your complete and entire claims manual in effect on the date of the loss which is the subject of this action.

*Biller, Sachs, Raio & Zito* • ATTORNEYS AT LAW
2750 Whitney Avenue, Hamden, Connecticut 06518 · Telephone: (203) 281-1717 · Facsimile: (203) 281-7887 Juris No. 409077