UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KELIS CORPORATION d/b/a  :
HAZARDVILLA RESTAURANT,  :
JAMES KELIS AND DEBORAH KELIS :        CIVIL NO. 301CV1120 (CFD)
    Plaintiffs   :
     :
VS.   :
     :
LEXINGTON INSURANCE CO.   :        FEBRUARY 28, 2005

### JOINT MOTION FOR MODIFICATION OF SCHEDULING ORDER

The undersigned parties hereby respectfully move the Court to modify the scheduling order regarding this case in the manner set forth below.

Good cause exists for the modification of the scheduling order because despite their diligence and conflicting schedules, both parties are going to be unable to conclude all discovery including the depositions of fact and/or expert witnesses prior to the March 3, 2005 discovery deadline. Both parties are requesting an additional 60 days, specifically to complete depositions in this matter. The plaintiff had been unable to locate Michael Battaglino, a fact witness, to serve him with a subpoena for his deposition, but has recently located him and intends to move forward with his deposition. In addition, the undersigned plaintiff's counsel will be unavailable to participate and/or complete depositions from February 21, 2005 through February 28, 2005 as a

*Granted. So ordered.*
*/s/ DT 4/15/05*