# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELIS CORPORATION d/b/a<br>HAZARDVILLA RESTAURANT,<br>JAMES KELIS and DEBORAH KELIS,<br>    Plaintiffs | :<br>:<br>:<br>:<br>: |
| v. | : Civil Action No. 3:01CV1120(CFD) |
| | : |
| LEXINGTON INSURANCE CO.,<br>    Defendant | :<br>: |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

_____  All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_____  To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____  A recommended ruling on the following motions which are currently pending: (orefm.)

**X**  A ruling on the following motions which are currently pending: [47] Defendant's Supplement for Motion for Protective Order Dated January 21, 2005; and [52] Motion for Protective Order  (orefm.)

_____  A settlement conference (orefmisc./cnf)

_____  A conference to discuss and approve the following: (orefmisc./cnf)

_____  Other: (orefmisc./misc) _____

SO ORDERED this  25th  day of April, 2005, at Hartford, Connecticut.

/s/ CFD
Christopher F. Droney
United States District Judge