UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a HAZARDVILLE RESTAURANT, JAMES KELIS and DEBORAH KELIS | | |
|     Plaintiffs | : | CIVIL ACTION NO.: 301CV1120 CFD |
| v. | : | |
| LEXINGTON INSURANCE COMPANY | : | APRIL 27, 2005 |
|     Defendant | | |

**OBJECTION TO PLAINTIFFS' MOTION TO STRIKE
DATED APRIL 6, 20005**

    The defendant in the above-referenced matter hereby objects to the plaintiffs' Motion to Strike dated April 6, 2005. The arguments in support of the defendant's objection to the plaintiffs' Motion to Strike is set forth below.

    The parties participated in a conference with the Court on February 16, 2005, in which a discussion was held as to the motion for permission to file a third-party complaint which had been filed by the undersigned defendant. Thereafter on February 28, 2005, the parties entered into a written stipulation which provided:

    1)    The defendant's motion for permission to file third-party complaint may be denied without prejudice.

    2)    The plaintiffs' extra contractual claims of bad faith, (violations of Connecticut Unfair Trade Practices Act and Connecticut Unfair Insurance Practices Act) and

        the plaintiff James Kelis' emotional distress claim may be dismissed with prejudice.

3)       The parties agree that the defendant will file a counterclaim against the plaintiff, James Kelis in lieu of a third-party complaint. The plaintiff reserves the right to object to the filing of the counterclaim based upon timeliness, prejudice, etc.

See the Stipulation dated February 28, 2005 attached as **Exhibit A** hereto.

    Pursuant to the stipulation of February 28, 2005 the plaintiffs agreed that the undersigned defendant will file a counterclaim against the plaintiff James Kelis in lieu of a third-party complaint. In an effort to further the goal of judicial economy, the undersigned defendant pled the counterclaim in its answer and affirmative defenses of March 24, 2005. It is quite clear from the stipulation that was entered into by both parties, that the undersigned defendant had the consent of the plaintiffs to file a counterclaim against Mr. James Kelis instead of a third-party complaint. In addition, the Stipulation was approved by the Court on April 15, 2005.

    WHEREFORE, the undersigned defendant respectfully moves this court to sustain the undersigned's objection to the plaintiffs' Motion to Strike dated April 6, 2005.

                        DEFENDANT, LEXINGTON INSURANCE
                        COMPANY

                        By_____/s/_____
                            Steven B. Ryan
                            Skelley Rottner P.C.
                            P.O. Box 340890
                            Hartford, CT  06134-0890
                            (860) 561-7077
                            Fed. Bar No. ct22570

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, on April 27, 2005 to the following counsel of record:

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, Ct  06518

                                                                   /s/
                                                                Steven B. Ryan

SR/230977