**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **KELIS CORPORATION d/b/a** | : | **CIVIL NO. 301CV1120 (CFD)** |
| | : | |
| **VS.** | : | |
| | : | |
| **LEXINGTON INSURANCE CO.** | : | **May 11, 2005** |

### REPLY TO DEFENDANT'S
### OBJECTION T MOTION TO STRIKE

The Plaintiffs agree that the parties participated in a conference with the Court at which time discussion was had concerning the Defendant's effort to bring in the Plaintiff, James Kelis, by way of a third party complaint and the Plaintiff's position that since Mr. Kelis was a party, the appropriate procedure was a counterclaim not a third party complaint. As the Defendant correctly notes, the parties entered into a stipulation which contained a specific statement whereby Plaintiff "reserves the right to object to the filing of the counterclaim based upon timeliness, prejudice, etc."

The Defendant states "in an effort to further the goal of judicial economy" the undersigned plead the counterclaim in its answer and affirmative defenses. However, the point that the Plaintiffs are making is that the Defendant cannot simply file a counterclaim. At this stage of the pleadings, it must do so by way of a request for leave which would then provide the Plaintiffs with the opportunity to object based upon timeliness, etc. as specifically referenced in the stipulation. By avoiding the procedural requirements, the

Defendant seeks to add the counterclaim without going through the appropriate requirements requesting permission and giving the Plaintiffs an opportunity to object.

Wherefore, in the absence of the Defendant's agreement to file a request for leave to file the counterclaim, the current counterclaim should be stricken and the Defendant should be obligated to follow the rules of procedure in connection with its efforts to add a counterclaim at this stage in the proceedings.

        THE PLAINTIFFS

        BY_____
          JON D. BILLER
          Biller, Sachs, Raio & Zito
          2750 Whitney Avenue
          Hamden, CT  06518
          203-281-1717
          Federal Bar No. CT03546