UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KELIS CORPORATION d/b/a HAZARDVILLA
RESTAURANT, JAMES KELIS and
DEBORAH KELIS
   Plaintiffs        :  CIVIL ACTION
                   NO.: 301CV1120 CFD
   v.             :

LEXINGTON INSURANCE COMPANY  :  MAY 27, 2005
   Defendant

## MOTION FOR SUMMARY JUDGMENT

    Pursuant to Rule 56 of the Federal Rules of Civil Procedure and local rule 9 (c), the defendant, Lexington Insurance Company, moves for Summary Judgment, as to the Third and Fourth Count in the plaintiffs' Amended Complaint dated January 28, 2005.  The defendant submits that it is entitled to Summary Judgment as a matter of law as the plaintiffs, James and Deborah Kelis do not have standing to bring suit on behalf of a mortgagee who was not a party to the policy of insurance between Lexington Insurance Company and Kelis Corporation d/b/a Hazardvilla Restaurant.  In addition, the plaintiffs, James and Deborah Kelis do not have standing to bring suit individually as they are not parties to the subject contract of insurance.  Furthermore, there is no mutual mistake and reformation of the policy is not warranted in the case to add James and Deborah Kelis as named insureds and/or to include a mortgagee.  Lastly, the plaintiffs, James and Deborah Kelis acting as officers of the Kelis Corporation, failed to read their policy and therefore, cannot seek reformation to add coverage for Loss of Income.

**WHEREFORE**, the defendant now moves for Summary Judgment as to the Third and Fourth Counts on the basis that no genuine issue on material fact or law exists and the defendant is entitled to Summary Judgment as a matter of law.

          DEFENDANT, LEXINGTON INSURANCE
          COMPANY

By_____
    Steven B. Ryan
    Skelley Rottner P.C.
    P.O. Box 340890
    Hartford, CT  06134-0890
    (860) 561-7077
    Fed. Bar No. ct22570

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, on May 27, 2005, to the following counsel of record:

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518
*(203) 281-1717 phone*

                                                                                             _____
                                                                                             Steven B. Ryan

SR/232428