UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a HAZARDVILLA RESTAURANT, JAMES KELIS and DEBORAH KELIS | | |
| Plaintiffs | : | CIVIL ACTION NO.: 301CV1120 CFD |
| v. | : | |
| LEXINGTON INSURANCE COMPANY | : | MAY 27, 2005 |
| Defendant | | |

NOTICE OF MANUAL FILING OF EXHIBITS

The undersigned defendant, Lexington Insurance Company, hereby notifies the Court that it is filing it's exhibits in support of its Motion for Summary Judgment and Memorandum of Law in Support of Motion for Summary Judgment in manual form, as the exhibits are too voluminous to be formatted to disk or pdf form.

The Motion for Summary Judgment and Memorandum of Law in Support of Motion for Summary Judgment itself will be filed in regular disk format.

DEFENDANT, LEXINGTON INSURANCE COMPANY

By_____/S/_____
        Steven B. Ryan
        Skelley Rottner P.C.
        P.O. Box 340890
        Hartford, CT  06134-0890
        (860) 561-7077
        Fed. Bar No. ct22570

## **CERTIFICATION**

       I hereby certify that a copy of the foregoing was mailed, postage prepaid, on May 27, 2005, to the following counsel of record:

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518
*(203) 281-1717 phone*

                                                                   _____/S/_____
                                                                    Steven B. Ryan

SR/232424