UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KELIS CORPORATION d/b/a HAZARDVILLA
RESTAURANT, JAMES KELIS and
DEBORAH KELIS
        Plaintiffs                       :        CIVIL ACTION
                                                      NO.: 301CV1120 CFD
v.                                     :

LEXINGTON INSURANCE COMPANY   :        MAY 27, 2005
        Defendant

**NOTICE OF MANUAL FILING OF EXHIBITS**

       The undersigned defendant, Lexington Insurance Company, hereby notifies the Court that it is filing it's exhibits in support of its Local Rule 56(a) 1 Statement in manual form, as the exhibits are too voluminous to be formatted to disk or pdf form.

       The Local Rule 56(a) 1 Statement itself will be filed in regular disk format.

                                           DEFENDANT, LEXINGTON INSURANCE
                                           COMPANY

                                         By_____/S/_____
                                             Steven B. Ryan
                                             Skelley Rottner P.C.
                                             P.O. Box 340890
                                             Hartford, CT  06134-0890
                                             (860) 561-7077
                                             Fed. Bar No. ct22570

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, on May 27, 2005, to the following counsel of record:

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518
*(203) 281-1717 phone*


                                              _____/S/_____
                                              Steven B. Ryan

SR/232423