## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| KELIS CORPORATION d/b/a : | |
| HAZARDVILLA RESTAURANT, : | |
| JAMES KELIS and DEBORAH KELIS : | |
|     Plaintiffs : | |
| : | |
| v. : | Civil Action No. 3:01CV1120 (CFD) |
| : | |
| LEXINGTON INSURANCE CO. : | |
|     Defendant. : | |

### REFERRAL TO MAGISTRATE JUDGE

    This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____    A recommended ruling on the following motions which are currently pending: (orefm.)

_X_    A ruling on the following motion which is currently pending: **[57] Motion for Protective Order** (orefm.)

____    A settlement conference (orefmisc./cnf)

____    A conference to discuss and approve the following: (orefmisc./cnf)

____    Other:  (orefmisc./misc) _____

    SO ORDERED this __7th__ day of June 2005, at Hartford, Connecticut.

                                               /s/ CFD
                                            Christopher F. Droney
                                            United States District Judge