UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a HAZARDVILLA RESTAURANT, JAMS KELIS AND DEBORAH KELIS **Plaintiffs** | : | CIVIL ACTION |
| v. | : | NO. 301CV 1120 CFD |
| LEXINGTON INSURANCE COMPANY **Defendant** | : | JUNE 7, 2005 |

## MOTION FOR EXTENSION OF TIME

The Plaintiffs hereby request an extension of twenty (20) days by which they must oppose or respond to the Defendant's Motion for Summary Judgment dated May 27, 2005 for the following reasons:

1. The Defendant has moved for summary judgment on a number of grounds and the Plaintiffs require additional time to research the applicable law, review hundreds of pages of deposition transcripts and other documentary evidence, meet with and consult with Mr. and Mrs. Kelis and prepare an appropriate response.

2. In addition, a deposition of the insurance broker was noticed and marked off at the broker's request. This deposition has been noticed and it may be necessary to complete it to respond to the Defendant's Motion for Summary Judgment.

3. In addition, counsel will need to meet with non party witnesses in an effort to work on affidavits as necessary to respond to the Motion and the time permitted in the rules is inadequate to accomplish the above.

   4. Counsel for the Defendant has been contacted and consents to this requests for an extension of time so long as Defendant is given an opportunity to replay.

   5. This is the first request for extension of time to respond to the Motion for Summary Judgment.

**WHEREFORE,** the Plaintiff requests an extension of time to respond to Defendant's Motion for Summary Judgment.

THE PLAINTIFFS

BY_____
Jon D. Biller
Biller, sAchs, Raio & Zito
2750 Whitney Avenue
Hamden, CT 06518
(203) 281 1717
Fed Bar No. CT 03546

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on June 7, 2005, to the following counsel of record:

Steven B. Ryan, Esquire
Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT 06134-0890



Jon D. Biller