UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a HAZARDVILLA RESTAURANT, JAMS KELIS AND DEBORAH KELIS     Plaintiffs | : | CIVIL ACTION |
| v. | : | NO. 301CV 1120 CFD |
| LEXINGTON INSURANCE COMPANY     Defendant | : | JUNE 28, 2005 |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME**

The Plaintiffs hereby request an additional extension of time of ten (10) days within which they must oppose or respond to the Defendant's Motion for Summary Judgment dated May 27, 2005 for the following reasons:

1. The Defendant has moved for summary judgment on a number of grounds and the Plaintiffs require additional time to research the applicable law, review hundreds of pages of deposition transcripts and other documentary evidence, meet with and consult with Mr. and Mrs. Kelis and prepare an appropriate response.

2. A deposition of the insurance broker was scheduled for June 30th and has again been cancelled, this time at the request of defense counsel. It is necessary for Plaintiffs to take this deposition in order to respond to the Defendant's Motion for Summary Judgment. The deposition has been rescheduled for July 5, 2004.

3. In addition, counsel will need to meet with non party witnesses in an effort to work on affidavits as necessary to respond to the Motion and the time permitted in the rules is inadequate to accomplish the above.

4. Counsel for the Defendant has been contacted and consents to this requests for an extension of time.

5. This is the second request for extension of time to respond to the Motion for Summary Judgment.

**WHEREFORE,** the Plaintiff requests an additional extension of time of ten (10) days, to July 15, 2005, to respond to Defendant's Motion for Summary Judgment.

                                THE PLAINTIFFS


                        BY_____
                                Jon D. Biller
                                Biller, Sachs, Raio & Zito
                                2750 Whitney Avenue
                                Hamden, CT 06518
                                (203) 281 1717
                                Fed Bar No. CT 03546

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the above date to the following counsel of record:

Steven B. Ryan, Esquire
Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT 06134-0890

                                            Jon D. Biller