UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a HAZARDVILLA RESTAURANT, JAMS KELIS AND DEBORAH KELIS             Plaintiffs | : | CIVIL ACTION |
| v. | : | NO. 301CV 1120 CFD |
| LEXINGTON INSURANCE COMPANY             Defendant | : | July 15, 2005 |

## NOTICE OF MANUAL FILING OF EXHIBITS

The Plaintiffs hereby notify the Court that they are filing exhibits in support of their Local Rule 56(a)2 Statement in manual Form as the exhibits are too voluminous to be formatted to disk or pdf format, and that said exhibits are attached to the Memorandum of Law in Opposition to the Motion for Summary Judgment.

The Local Rule 56(a)2 Statement will be filed in regular disk format.

THE PLAINTIFFS

BY _____
   Jon D. Biller
   Biller, Sachs, Raio & Zito
   2750 Whitney Avenue
   Hamden, CT 06518
   (203) 281 1717
   Fed Bar No. CT 03546

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the above date to the following counsel of record:

Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT 06134-0890

                                              Jon D. Biller