UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a HAZARDVILLA RESTAURANT, JAMS KELIS AND DEBORAH KELIS | : | CIVIL ACTION |
| Plaintiffs | | |
| v. | : | NO. 301CV 1120 CFD |
| LEXINGTON INSURANCE COMPANY | : | July 15, 2005 |
| Defendant | | |

### PLAINTIFFS' OBJECTION TO MOTION FOR SUMMARY JUDGMENT

The Plaintiffs hereby object to the Defendant's Motion for Summary Judgment dated May 27, 2005 for the reasons set forth on the memorandum of law and affidavits attached hereto.

THE PLAINTIFFS

BY _____
    Jon D. Biller
    Biller, Sachs, Raio & Zito
    2750 Whitney Avenue
    Hamden, CT 06518
    (203) 281 1717
    Fed Bar No. CT 03546

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the above date to the following counsel of record:

Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT 06134-0890

                                                Jon D. Biller