UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a HAZARDVILLA RESTAURANT, JAMS KELIS AND DEBORAH KELIS        Plaintiffs | : | CIVIL ACTION |
| v. | : | NO. 301CV 1120 CFD |
| LEXINGTON INSURANCE COMPANY        Defendant | : | July 15, 2005 |

### NOTICE OF MANUAL FILING OF EXHIBITS

The Plaintiffs hereby notify the Court that they are filing exhibits in support of their Objection to Motion for Summary Judgment and Memorandum of Law in Opposition to Motion for Summary Judgment in manual form as the Exhibits are too voluminous to be formatted to disk or pdf format.

The Objection to Motion for Summary Judgment and Memorandum of Law in Opposition to Motion for Summary Judgment will be filed in regular disk format.

THE PLAINTIFFS

BY_____
Jon D. Biller
Biller, Sachs, Raio & Zito
2750 Whitney Avenue
Hamden, CT 06518
(203) 281 1717
Fed Bar No. CT 03546

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the above date to the following counsel of record:

Skelley Rottner P.C.
P.O. Box 340890
Hartford, CT 06134-0890

                _____

                Jon D. Biller