**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a HAZARDVILLE RESTAURANT, JAMES KELIS and DEBORAH KELIS | | |
|     Plaintiffs | : | CIVIL ACTION NO.: 301CV1120 CFD |
| v. | : | |
| LEXINGTON INSURANCE COMPANY | : | JULY 21, 2005 |
|     Defendant | | |

### DEFENDANT, LEXINGTON INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PLAINTIFFS' OBJECTION TO MOTION FOR SUMMARY JUDGMENT DATED JULY 15, 2005

      The undersigned defendant, Lexington Insurance Company, hereby requests additional time of twenty-five (25) days up to and including August 10, 2005 in which to respond and/or reply to the Plaintiffs' Objection to the Motion for Summary Judgment dated July 15, 2005.  In support of this motion the defendant states that:

      1.  The plaintiffs have objected on several grounds and the undersigned defendant requires additional time to research the applicable law, review additional deposition transcripts and other documentary evidence order to prepare an appropriate response.

      2.  The defendant would like additional time in order to meet with clients and additional third party witnesses in order to prepare on appropriate response and to present the Court with all of its information to allow the Court to make a just and proper decision on its Motion for Summary Judgment.

      3.  Counsel for the plaintiffs has been contacted and consents to an Extension of Time.

4. This is the first request for and Extension of Time to Respond to Plaintiffs' Objection to the Motion for Summary Judgment.

WHEREFORE, good cause exists, and the undersigned defendant respectfully requests an additional time of twenty-five days up to and including August 10, 2005 to respond to the Plaintiffs' Objection to the Motion for Summary Judgment dated July 15, 2005.

DEFENDANT, LEXINGTON INSURANCE
COMPANY


By_____/S/_____
    Steven B. Ryan
    Skelley Rottner P.C.
    P.O. Box 340890
    Hartford, CT  06134-0890
    (860) 561-7077
    Fed. Bar No. ct22570

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, on July 21, 2005, to the following counsel of record:

Jon D. Biller, Esq.
Biller, Sachs, Raio & Bonadies
2750 Whitney Avenue
Hamden, CT 06518
*(203) 281-1717 phone*

                                                    _____/S/_____
                                                          Steven B. Ryan

SR/230977