UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KELIS CORPORATION d/b/a, et al | : | CIVIL NO. 301CV1120 (CFD) |
| **Plaintiffs** | : | |
| | : | |
| VS. | : | |
| | : | |
| LEXINGTON INSURANCE CO. | : | May 21, 2007 |
| **Defendant** | : | |

## STIPULATION FOR DISMISSAL

The Plaintiff and Defendant in the above-captioned matter hereby stipulate that the

above cases may be dismissed with prejudice and without costs to either party.

THE PLAINTIFFS, KELIS CORP., ET AL

BY_____
    Jon D. Biller
    Biller, Sachs, Raio & Zito
    2750 Whitney Avenue
    Hamden, CT 06518
    (203) 281-1717
    Fed Bar No. CT 03546

THE DEFENDANT, LEXINGTON
INSURANCE CO.

BY_____
    Steven B. Ryan
    Skelley, Rottner, PC
    Corporate Center West, Ste 305
    433 South Main St.
    West Hartford, CT 06110
    (860)561-7077
    Fed Bar No. CT 22590